No. 93–1980. STANTON ET AL. *v.* BAYLINER MARINE CORP. Sup. Ct. Wash. Certiorari denied.

No. 93–1981. RESULTS, INC. *v.* LAVALCO, INC. C. A. 5th Cir. Certiorari denied.

No. 93–1982. AVILES *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–1983. PARRISH *v.* RIVERVIEW NURSING HOME, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1986. MURPHY EXPLORATION & PRODUCTION CO. *v.* DAVIS. C. A. 5th Cir. Certiorari denied.

No. 93–1988. RABIN *v.* UNITED STATES INTELLIGENCE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1989. BENIGNI *v.* MAAS ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1990. TRANSPAC DRILLING VENTURE, 1983–63 BY CRESTWOOD HOSPITALS, INC., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1991. ANDERSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1992. MARTIN-MUSUMECI *v.* LAW OFFICES OF HERBERT HAFIF PENSION AND PROFIT SHARING PLAN. C. A. 9th Cir. Certiorari denied.

No. 93–1994. HAY'S WESTERN WEAR, INC. *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Ct. App. La., 3d Cir. Certiorari denied.

No. 93–1996. DURHAM *v.* XEROX CORP. C. A. 10th Cir. Certiorari denied.

No. 93–1997. GOLDEN VALLEY LUTHERAN COLLEGE ET AL. *v.* CITY OF GOLDEN VALLEY. Ct. App. Minn. Certiorari denied.